Attachment A



GLOBAL IP LAW GROUP, LLC
123 N. WACKER DRIVE
SUITE 2350
CHICAGO, IL 60606

312.241.1500

GIPLG.COM

David Berten
dberten@giplg.com
312.241.1502

July 29, 2013

**Via E-mail and Federal Express**

Mr. Richard Soderberg
Tesla Motors, Inc.
3500 Deer Creek Road
Palo Alto, CA  94304

Re: U.S. Patent No. 7,379,541

Dear Mr. Soderberg:

pointSET Corporation ("pointSET"), through its counsel, hereby promises not to assert
U.S. patent number 7,379,541 against Tesla Motors, Inc. ("Tesla Motors), via direct or
indirect infringement, for any of its past or present products (including future sales of its
past and present products).  We note that pointSET has never filed suit to enforce any
patent, including the '541 patent, and that pointSET has specifically withdrawn the claim
chart regarding claim 6 of the '541 patent our offices sent to Tesla Motors.

Consistent with *Organic Seed Growers v. Monsanto Co.*, No. 2012-1298 (Fed. Cir. June
10, 2013), pointSET believes that the statement above, under the totality of the
circumstances, divests the Court of jurisdiction based on Tesla's complaint seeking a
declaration of non-infringement. Please let us know if you agree with this conclusion.

We have asked Tesla Motors to dismiss the complaint pursuant to Rule 41 under the
Federal Rules of Civil Procedure before a responsive pleading is filed.  We understand
that Tesla Motors prefers to litigate the matter, though Tesla Motors has provided no
authority for pointSET to consider under which the Court would retain subject matter
jurisdiction in light of the above statement.  pointSET will, therefore, file a motion to
dismiss Tesla Motor's declaratory judgment complaint for lack of subject matter
jurisdiction.

Sincerely,

/s/ Dave Berten

David Berten